No. 646. STREIT *v.* LUJAN, STATE COMPTROLLER, ET AL. Jurisdictional statement submitted March 14, 1932. Decided March 21, 1932. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Guaranty Trust Co.* v. *New York & Queens County Ry. Co.,* 282 U. S. 803; *Wabash R. Co.* v. *Flannigan,* 192 U. S. 29; *Erie R. Co.* v. *Solomon,* 237 U. S. 427; *C. A. King & Co.* v. *Horton,* 276 U. S. 600; *Bank of Indianola* v. *Miller,* 276 U. S. 605; *Roe* v. *Kansas,* 278 U. S. 191. *Mr. Charles Fahy* for appellant. *Messrs. E. K. Neumann* and *Sam G. Bratton* for appellees.